IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| MARY PYAWASIT, | ) | |
| | ) | |
| Plaintiff, | ) | 3:21-cv-00430-jdp |
| | ) | |
| v. | ) | Judge Peterson |
| | ) | Magistrate Judge Crocker |
| ONEMAIN FINANCIAL GROUP, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, MARY PYAWASIT, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed ***without prejudice*** and without costs to any party.

                                                Respectfully submitted,
                                                **MARY PYAWASIT**

                                        By:    s/ David M. Marco
                                                Attorney for Plaintiff

<u>Dated: July 23, 2021</u>

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:    (312) 546-6539
Facsimile:    (888) 418-1277
E-Mail:       dmarco@smithmarco.com